IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KATHRYN FRANKLIN                                                                                    PLAINTIFF

V.                              CASE NO. 5:18-CV-00075 JLH-JTK

SOCIAL SECURITY ADMINISTRATION                                                     DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Kathryn Franklin's Complaint (Docket entry #2) is DISMISSED with prejudice.

DATED this 30th day of January, 2019.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE